In the Matter of the Application of THE TOWN OF SARA-
TOGA, Respondent, for an Order Requiring THE TOWN
OF EASTON, Appellant, et al., to Repair or Rebuild the
Schuylerville Bridge.

*Matter of Town of Saratoga*, 160 App. Div. 60, affirmed.
(Argued April 14, 1914; decided April 28, 1914.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
January 15, 1914, which affirmed an order of Special Term
requiring the town of Easton to join with the petitioner
in rebuilding a bridge over the Hudson river.

*John E. Sawyer* and *Herbert Van Kirk* for appellant.

*William S. Ostrander* for respondent.

*Thomas Carmody, Attorney-General (Wilber W.
Chambers* of counsel), for state of New York.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.

---

In the Matter of the Application of THE NEW YORK
ELECTRIC LINES COMPANY, Appellant, for a Writ of
Mandamus against THE EMPIRE CITY SUBWAY COM-
PANY, LIMITED, Respondent.

(Submitted April 20, 1914; decided April 28, 1914.)

Motion to amend remittitur so as to show the submis-
sion in appellant's brief of a point involving a question
under the Federal Constitution granted. (See 201 N. Y.
321.)